## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Raquel Avelino**; DOB: 1985; United States<br>**Julian Joseph Holguin**; DOB: 2002; United States<br>**Luis Jose Ramos-Duran**; DOB: 2001; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-07992MJ |

| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 8, 2025, in the District of Arizona, **Raquel Avelino, Julian Joseph Holguin,** and **Luis Jose Ramos-Duran,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Maria De Jesus Reyes-Cruz and Javier Alfredo Ayala-Ruiz, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 8, 2025, in the District of Arizona (Sells), at approximately 7:20 a.m., Border Patrol Agents (BPAs) were notified that the Integrated Fixed Tower (IFT) camera operators had obtained visual of multiple suspected Illegal Aliens (IAs) running from thick vegetation and entering two SUVs at approximately mile marker 1 on Federal Route (FR) 19 on the Tohono O'odham Nation (TON). The two SUVs were then observed traveling north on FR 19 at a high rate of speed. BPAs responded to the area and got directly behind the two SUVs at approximately mile marker 2 and followed the vehicles northbound for a few miles before activating their emergency lights and sirens to initiate a vehicle stop for an immigration inspection on all subjects. Both vehicles, later identified as a black 2006 Jeep Commander and a black 2014 Ford Edge, failed to yield and increased their speed. BPAs pursued the vehicles but terminated pursuit as they entered a congested area of FR 19 with numerous houses and school buses running their morning routes. At this point, the Tohono O'odham Police Department (TOPD) was advised of the situation and TOPD Officers responded to the area. At approximately mile marker 15 TOPD Officers pulled the two vehicles over for speeding. BPAs approached the vehicle stops and conducted an immigration inspection on all subjects. The driver of the Jeep was identified as **Raquel AVELINO**, and the front seat passenger of that vehicle was identified as **Julian Joseph HOLGUIN**, while the driver of the Ford was identified as **Luis Jose RAMOS-Duran**. **AVELINO, HOLGUIN, RAMOS** and the front seat passenger of the Ford were all determined to be United States citizens. A total of 10 additional passengers were found inside the Jeep and Ford. BPAs determined all other passengers, to include Maria De Jesus Reyes-Cruz and Javier Alfredo Ayala-Ruiz, to be citizens of Mexico and Guatemala, illegally present in the United States. Records checks revealed that Maria De Jesus Reyes-Cruz and Javier Alfredo Ayala-Ruiz do not possess the proper documentation to enter, pass through or remain in the United States legally.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Maria De Jesus Reyes-Cruz and Javier Alfredo Ayala-Ruiz

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>*[signature]* |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1]  *[signature]* | DATE<br>May 9, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Enderle

**Continued from front page.**                                                                                     25-07992MJ

Material witness Maria De Jesus Reyes-Cruz stated she is a citizen of Mexico, and she was going to pay $11,000 to be smuggled into the United States. She illegally crossed into the United States with nine other subjects, and they walked for approximately 30 minutes before they were approached by a black vehicle and told to get in. She sat in the back seat of the vehicle and noticed a young male with glasses driving and a female front seat passenger.

Material witness Javier Alfredo Ayala-Ruiz stated he is a citizen of Mexico, and he illegally crossed into the United States with nine other subjects. The group then walked for approximately five minutes in the desert before being picked up by two vehicles. He entered a dark colored Jeep and descried the driver as a female with light complected skin and light hair. The driver of the vehicle yelled at them, "Subanse atras", when they were all entering the vehicle. He also described the front seat passenger as a young male with messy hair and stated the front seat passenger took photo of the group.

After waiving her *Miranda* rights, **AVELINO** stated she responded to an advertisement she saw on Instagram looking for drivers to drive people for money. She was expecting to be paid $2,000 per person she transported and stated she answered the advertisement because she was struggling for money. She and her passenger drove to Arizona from Los Angeles, California and stayed a night in a hotel parking lot near Phoenix, Arizona. She was driving a borrowed Jeep Commander and was also traveling with a second vehicle, a Ford Edge. She was then instructed to drive to Tucson, Arizona and wait for a pin location of where to pick people up. On May 8, 2025, she received instructions to drive to a location on the TON and when she arrived, six subjects entered the vehicle she was driving. She stated at some point, while driving down to the remote location of the pickup, she knew she was going to pick up IAs and claimed she did not know Border Patrol was trying to pull her over.

After waiving his *Miranda* rights, **RAMOS** stated he knew someone in California who told him he knew an individual who could help him make easy money. He was then provided with a number which he contacted via WhatsApp and later agreed to drive to Arizona to pick up subjects for approximately $2,000 per person. He then traveled to Arizona along with **HOLGUIN**, in tandem with a Jeep. He arrived in Tucson on May 6, 2025, and was instructed to standby and he then split the cost of a hotel room with his friends. He stated he was going to take care of **HOLGUIN** by giving him part of the proceeds. He stated he did not pull over for Border Patrol because he did not hear an audible siren.